EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: <br><br> Aprobación de Cambio de Estatus Inactivo de mayo de 2026 | 2026 TSPR 65 <br><br> 218 DPR ___ |

Número del Caso:  EM-2026-0007

Fecha:  17 de junio de 2026

Materia: Aprobación de Cambio de Estatus Inactivo de mayo de 2026.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus
Inactivo de mayo de 2026

EM-2026-0007

RESOLUCIÓN

En San Juan, Puerto Rico, a  23 de junio de 2026.

Durante el periodo de mayo de 2026, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Miguel Palou Sabater | 2,194 |
| Fernando L. Goyco Covas | 5,300 |
| Heriberto Torres Villanueva | 6,648 |
| Frederic Chardón Dubós | 6,865 |
| Ivelisse Salazar Napoleoni | 7,978 |
| Ruth D. Torres Santiago | 8,248 |
| José A. Grajales González | 8,342 |
| Darío Miranda Vélez | 9,116 |
| José A. Morales Colón | 9,117 |
| Roberto R. Llavina Calero | 12,230 |
| María I. Delannoy De Jesús | 12,980 |
| Jamiel Miranda Matos | 15,321 |

Orlando Álvarez Rodríguez          17,809

Miguel Ángel Ortiz Cartagena       20,220

Jessenia A. Seda Cabán             20,549

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo